# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-51142K |
| Yvette Arciniega Bailey | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## NOTICE TO RETAIN PROCEEDS OF THE 2020 FEDERAL INCOME TAX REFUND

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

Now Comes Debtor (so denominated whether individual or joint) and files this, Debtor's above-entitled Notice to Retain Proceeds of the 2020 Federal Income Tax Refund, pursuant to the Standing Order Regarding Chapter 13 Tax Refund dated September 14, 2020 and effective for cases confirmed after October 1, 2020, and for cause would show as follows:

**1. Background**

The Debtor filed a Chapter 13 bankruptcy petition on June 18, 2020. The Chapter 13 plan was confirmed on October 6, 2020.

**2. Tax Refund**

Debtor has received a federal income tax refund for 2020 in the amount of $6,142.00.

**3. Grounds to Retain Tax Refund**

Debtor files this notice of intention to retain $6,142.00 of her 2020 tax refund because Debtor is in need of a more reliable vehicle. The vehicle Debtor is currently driving has in excess of 200,000 miles and is no longer reliable. Debtor wishes to purchase a vehicle for cash using her tax refund. Debtor has provided an estimate for that expense. The remaining balance of the Debtor's tax refund, if any, will be turned over to the trustee within 14 days of the purchase.

Debtor contends that the tax refund is needed for the purchase of a much needed replacement vehicle and after the vehicle is purchased, Debtor will forward the balance of refund to the trustee's office. Therefore, Debtor's tax refund is not disposable income and Debtor provides this notice of Debtor's intention to retain the amount of refund necessary to purchase a replacement vehicle.

Respectfully submitted,

**MALAISE LAW FIRM**
909 NE Loop 410, Suite 300
San Antonio, Texas 78209
Telephone: (210) 732-6699
Telecopier: (210) 732-5826

By: _____
J. Todd Malaise, SBN 00796984
David C. Werner, SBN 00797651
Steven G. Cennamo, SBN 04045600
**ATTORNEYS FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 31, 2021, service of a copy of the attached has been accomplished by **CM/ECF to Mary K. Viegelahn, Chapter 13 Trustee and the United States Trustee**, and by first class mail, postage paid, or hand delivered to the parties in interest listed below and to all parties listed on the attached mailing matrix.

Yvette Arciniega Bailey
685 Live Oak Dr.
Adkins, TX 78101

_____
J. Todd Malaise
David C. Werner
Steven G. Cennamo

ebe

```
Label Matrix for local noticing           United States Trustee (SMG513)            United States Trustee - SA12
0542-5                                    U.S. Trustee's Office                     US Trustee's Office
Case 20-51142-rbk                         615 E. Houston, Suite 533                 615 E Houston, Suite 533
Western District of Texas                 P.O. Box 1539                             PO Box 1539
San Antonio                               San Antonio, TX 78295-1539                San Antonio, TX 78295-1539
Tue Mar 30 18:15:52 CDT 2021

U.S. BANKRUPTCY COURT                     (p)21ST MORTGAGE CORPORATION              Allied Collection Services
615 E. HOUSTON STREET, ROOM 597           PO BOX 477                                Attn: Bankruptcy
SAN ANTONIO, TX 78205-2055                KNOXVILLE TN 37901-0477                   3080 South Durango Drive Suite 208
                                                                                    Las Vegas, NV 89117-9194


American Medical Response San Antonio     Attorney General of the US                BCM Physicians of San Antonio
P.O. Box 847343                           Department of Justice                     Attn: #14507X
Dallas, TX 75284-7343                     950 Pennsylvania Ave. NW                  PO Box 14000
                                          Washington, DC 20530-0009                 Belfast, ME 04915-4033


CMRE Financial Services                   Children's Hospital of San Antonio        Christus Santa Rosa Medical Ctr.
Attn: Bankruptcy                          PO Box 847053                             PO Box 847053
3075 E Imperial Hwy  Ste 200              Dallas, TX 75284-7053                     Dallas, TX 75284-7053
Brea, CA 92821-6753


Convergent Outsourcing, Inc.              Credit Systems International, Inc         ERC/Enhanced Recovery Corp
800 SW 39th Street                        Attn: Bankruptcy                          Attn: Bankruptcy
PO Box 9004                               PO Box 1088                               8014 Bayberry Road
Renton, WA 98057-9004                     Arlington, TX 76004-1088                  Jacksonville, FL 32256-7412


Internal Revenue Service                  Linebarger Goggan Blair & Sampson, LLP    Pathology Associates of San Antonio
P.O. Box 7346                             711 Navarro, Suite 300                    P.O. Box 2216
Philadelphia, PA 19101-7346               San Antonio, TX 78205-1749                San Antonio, TX 78298-2216


River City Imaging Associates             Second Round, LP                          Soumava Sen, DDS, P.C.
PO Box 10270                              Attn: Bankruptcy Dept                     PO Box 51900
Longview, Texas 75608-0270                PO Box 41955                              Los Angeles, CA 90051-6200
                                          Austin, TX 78704-0033


Star Anesthesia, P.A.                     Tierra Robles Property Owners' Assoc.    US Attorney's Office
Mailstop: 64127186                        P.O. Box 1042                             601 NW Loop 410, Ste 600
PO Box 660535                             Adkins, TX 78101-1042                     San Antonio, TX 78216-5597
Dallas, TX 75266-0535


VA Regional Office                        Verizon                                   Verizon
Office of District Counsel                by American InfoSource as agent           by American InfoSource as agent
2515 Murworth Dr                          4515 N Santa Fe Ave                       PO Box 4457
Houston, TX 77054-1603                    Oklahoma City, OK 73118-7901              Houston, TX  77210-4457


Wilson County                             (p)WILSON COUNTY TAX OFFICE               Zapata Co. & ZISD Tax Assessor
c/o Bradley S. Balderrama                 ATTN WILSON COUNTY TAX ASSESSOR-COLLECTOR 200 E. 7th St., Ste. 226
112 E. Pecan Street, Suite 2200           1 LIBRARY LN                              Zapata, TX 78076-2959
San Antonio, TX 78205-1588                FLORESVILLE TX 78114-2239
```

| Zapata County | J. Todd Malaise | J. Todd Malaise02 |
| c/o Diane W. Sanders | 909 NE Loop 410, Suite 300 | Malaise Law Firm |
| Linebarger Goggan Blair & Sampson, LLP | San Antonio, TX 78209-1315 | 909 NE Loop 410, Suite 300 |
| P.O. Box 17428 | | San Antonio, TX 78209-1315 |
| Austin, TX 78760-7428 | | |

Mary K Viegelahn
Chapter 13 Trustee
10500 Heritage Blvd Suite 201
San Antonio, TX 78216-3631

Yvette Arciniega Bailey
685 Live Oak Dr.
Adkins, TX 78101-2740

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

21st Mortgage Corporation
Attn: Bankruptcy
PO Box 477
Knoxville, TN 37901

Wilson County Tax Office
1 Library Lane
Floresville, TX 78114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wayne O. Bailey
Address unknown

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35