# UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-51142-mmp |
| | § | |
| Yvette Arciniega Bailey | § | Chapter 13 |
| | § | |
| Debtor | § | Judge: Michael M. Parker |

## DEBTOR'S *NUNC PRO TUNC* NOTICE TO RETAIN 2021 TAX REFUND.

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within twenty-one (21) days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

The Debtor, by undersigned attorney, hereby requests permission to retain the full 2021 tax refund. In support of this motion Debtor avers as follows:

1. The Debtor filed for protection under Chapter 13 of the Bankruptcy Code on June 18, 2020. The Plan was confirmed on October 6, 2020.

2. Debtor's Plan as proposed shall pay a dividend of 55% to the allowed, general unsecured creditors.

3. Debtor is current on her Plan payments through April 2022.

4. After filing Debtor's Chapter 13 bankruptcy, Debtor filed her 2021 Tax Return and received a tax refund in the net amount of $4,180.00. Debtor received her refund on April 8, 2022, (*2021 ITR uploaded to the Trustee's portal*).

5. Debtor hereby requests permission to retain the full refund. Debtor lost her job February 23, 2022, and urgently needed the funds to pay for necessary monthly living expenses such as electricity, water, food, cell phone. etc. Debtor is also in need of purchasing an air conditioning unit before the summer months arrive. Further, Debtor had a fraudulent

charge of $1,700.00 withdrawn from her bank account. Debtor is working with her financial institute to get this charge reversed.

WHEREFORE, Debtor prays that she be permitted to retain the full 2021 tax refund, and for any other relief that the Court shall deem appropriate.

**DATE: April 28, 2022.**          Respectfully submitted,

/s/Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Jessica L. Hanzlik (24055661)
Teresa Howard (24049025)
*VANHEMELRIJCK LAW OFFICES, PC.*
2001 NW Military Hwy
Castle Hills, TX 78213
Ph: (210) 804-1529
Fax: (210) 598-6359
Jrv@vanlaws.com
Jessica.hanzlik@vanlaws.com
Teresa.howard@vanlaws.com

**UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | Case No. 20-51142-mmp |
| | § | |
| **Yvette Arcinirga Bailey** | § | Chapter 13 |
| | § | |
| **Debtor** | § | Judge: Michael M. Parker |

**NOTICE AND CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing attached Notice was served by ordinary US mail and/or electronically this date on the parties whose names and full addresses are listed below and for NOTICE that the attached Notice has been filed.

**DATE: April 28, 2022.**          Respectfully submitted,

/s/Joris Robert Vanhemelrijck
Joris Robert Vanhemelrijck (24056468)
Jessica L. Hanzlik (24055661)
Teresa Howard (24049025)

*VANHEMELRIJCK LAW OFFICES, PC.*
2001 NW Military Hwy
Castle Hills, TX 78213
Ph: (210) 804-1529
Fax: (210) 598-6359
Jrv@vanlaws.com
Jessica.hanzlik@vanlaws.com
Teresa.howard@vanlaws.com

**Electronic Notice to:**

**United States Trustee - SA12**
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78295-1539
(210) 472-4640
USTPRegion07.SN.ECF@usdoj.gov

**Chapter 13 Trustee**
Mary K Viegelahn
10500 Heritage Blvd Suite 201
San Antonio, TX 78216
(210) 824-1460
documents@sach13.com

**Notice Via Standard Mail:**

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

Allied Collection Services
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117-9194

American Medical Response San Antonio
P.O. Box 847343
Dallas, TX 75284-7343

Attorney General of the US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0009

BCM Physicians of San Antonio
Attn: #14507X
PO Box 14000
Belfast, ME 04915-4033

CMRE Financial Services
Attn: Bankruptcy
3075 E Imperial Hwy Ste 200
Brea, CA 92821-6753

Children's Hospital of San Antonio
PO Box 847053
Dallas, TX 75284-7053

Christus Santa Rosa Medical Ctr.
PO Box 847053
Dallas, TX 75284-7053

Convergent Outsourcing, Inc.
800 SW 39th Street
PO Box 9004
Renton, WA 98057-9004

Credit Systems International, Inc
Attn: Bankruptcy
PO Box 1088
Arlington, TX 76004-1088

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

Pathology Associates of San Antonio
P.O. Box 2216
San Antonio, TX 78298-2216

River City Imaging Associates
PO Box 10270
Longview, Texas 75608-0270

Second Round, LP
Attn: Bankruptcy Dept
PO Box 41955
Austin, TX 78704-0033

Linebarger Goggan Blair &
Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Soumava Sen, DDS, P.C.
PO Box 51900
Los Angeles, CA 90051-6200

Yvette Arciniega Bailey
685 Live Oak Dr.
Adkins, TX 78101-2740

Star Anesthesia, P.A.
Mailstop: 64127186
PO Box 660535
Dallas, TX 75266-0535

Tierra Robles Property Owners'
Assoc.
P.O. Box 1042
Adkins, TX 78101-1042

US Attorney's Office
601 NW Loop 410, Ste 600
San Antonio, TX 78216-5597

VA REGIONAL OFFICE
ATTN REGIONAL DISTRICT
COUNSEL LOAN CENTER
6900 ALMEDA ROAD
HOUSTON TX 77030-4200

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

WILSON COUNTY TAX
OFFICE
ATTN WILSON COUNTY TAX
ASSESSOR-COLLECTOR
1 LIBRARY LN
FLORESVILLE TX 78114-2239

Zapata Co. & ZISD Tax Assessor
200 E. 7th St., Ste. 226
Zapata, TX 78076-2959

Zapata County
c/o Diane W. Sanders