**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 02, 2022.**

_____
MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| YVETTE ARCINIEGA BAILEY, | § | CASE NO. 20-51142-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**ORDER DENYING NUNC PRO TUNC NOTICE TO RETAIN 2021 TAX REFUND**

On August 15, 2022 the Court heard the *Nunc Pro Tunc Notice to Retain 2021 Tax Refund,* and, for the reasons set forth in this Court's Opinion entered concurrently with this Order, the Court is of the opinion that the *Notice* should be denied. It is therefore

**ORDERED** that the above-referenced *Notice* is **DENIED**. It is further

**ORDERED** that Debtor's 2021 tax refund of $4,180 is disposable income and the base amount of Debtor's plan will be increased by that amount.

# # #